DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
NICHOLAS D. DICKINSON
Assistant United States Attorneys
Lloyd D. George United States Courthouse
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Phillip.smith@usdoj.gov
Nicholas.dickinson@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **2:14-cr-0190-JCM-CWH** |
| Plaintiff, | ) |
| v. | ) |
| MARLON WILLIAMS, | ) |
| Defendant. | ) |

## **STIPULATION TO CONTINUE REVOCATION HEARING**

IT IS HEREBY STIPULATED AND AGREED, by and between Phillip N. Smith Jr, and Nicholas D. Dickinson Assistant United States Attorneys, counsel for the United States of America, and Rachael Korenblat counsel for Defendant Williams, that the revocation hearing hearing for the above-captioned matter, currently scheduled for November 16, 2016, at the hour of 10:30 p.m., be vacated and continued to a date and time convenient for this Court, but in no event earlier than 30 days

1. This stipulation is entered for the following reasons: The Government intends to seek federal charges against Defendant Williams related to the conduct alleged in the pending petition. The parties would like the opportunity to explore a global resolution.

2. The Defendant is in custody and does not object to the continuance.

-1-

3. Denial of this request for a continuance of the revocation hearing would likely prejudice the Government and the Defendant.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first stipulation filed herein to continue the revocation hearing.

DATED: November 16, 2016.

/s/ *Nicholas D. Dickinson*  /s/ *Rachael Korenblat*

NICHOLAS D. DICKINSON  RACHAEL KORENBLAT
Assistant United States Attorney  Counsel for Defendant Williams
Counsel for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:14-cr-0190-JCM-CWH** |
| | ) | |
| | ) | **ORDER CONTINUING** |
| Plaintiff, | ) | **REVOCATION HEARING** |
| | ) | |
| v. | ) | |
| | ) | |
| MARLON WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the revocation hearing in the above-captioned matter, currently scheduled for November 16, 2016, at the hour of 10:30 a.m., be vacated and continued to **December 19, 2016 at 10:00 a.m.**

DATED November 17, 2016.

_____
UNITED STATES DISTRICT JUDGE