RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for MARLON DAYJOUN WILLIAMS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SEALED** |
| Plaintiff, | Case No. 2:14-CR-190-JCM-CWH |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| MARLON DAYJOUN WILLIAMS, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nicholas Dickinson, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy Assistant Federal Public Defender, counsel for Marlon Dayjoun Williams that the Revocation Hearing currently scheduled on Monday, December 19, 2016 at 10:00 a.m. be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.  Undersigned defense counsel was just informed that the defendant has been indicted on new criminal charges directly related to the allegations in the petition.

2. The two cases being inextricably linked, the parties agree to the need for continuance.

3. Defendant is incarcerated but does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 12th day of December, 2016.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Nicholas Dickinson*<br>By_____<br>NICHOLAS DICKINSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARLON DAYJOUN WILLIAMS,<br><br>    Defendant. | Case No. 2:14-CR-190-JCM-CWH<br><br>**ORDER** |

Based on the Stipulation of counsel, good cause appearing, and the best interests of justice being served by the granting of the requested continuance:

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on Monday, December 19, 2016 at 10:00 a.m.., be vacated and continued **Tuesday, January 24, 2017 at 10:30 a.m.**

DATED December 19, 2016.

                                          _____
                                          UNITED STATES DISTRICT JUDGE