DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar Number 10233
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6503 / Fax: (702) 388-6418
phillip.smith@usdoj.gov

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-190-JCM-CWH |
| Plaintiff, | **ORDER TO UNSEAL CASE** |
| vs. | |
| MARLON DAYJOUN WILLIAMS, | |
| Defendant. | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case, with the exception of Docket ##2, 7, 30, 31, 33, 34, 38, and 42, shall be unsealed.

DATED this 23rd day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE