UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-190 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| MARLON DAYJOUN WILLIAMS, | |
| Defendant(s). | |

Presently before the court is defendant Marlon Dayjoun Williams's emergency motion to consider release in order to attend funeral services. (ECF No. 57). The government filed a response. (ECF No. 58).

On November 16, 2016, defendant made an initial appearance on a revocation of supervised release and was ordered detained. The revocation hearing is currently set for March 9, 2017.

On January 30, 2017, defendant's uncle passed away. Funeral services are scheduled for February 13, 2017, at 10:00am, at the Greater Evergreen Missionary Baptist Church, located at 1915 Lexington Street, Las Vegas, Nevada. (ECF No. 57).

In the instant motion, defendant requests permission to attend his uncle's funeral services. (ECF No. 57). Defendant filed the same motion in case number 2:16-cr-00364-JCM-NJK. On December 14, 2016, defendant was indicted on one-count of felon in possession of a firearm and was ordered detained on December 21, 2016. Trial is set for February 27, 2017.

In response, the government argues that defendant should not be granted release from custody. (ECF No. 58). The government asserts that the court's previous finding—that defendant

**James C. Mahan**
**U.S. District Judge**

posed a danger to the community and that no conditions or combination thereof would reasonably assure the safety of any other person and the community—is still appropriate. (ECF No. 58).

The court agrees. While the court is sympathetic to defendant's family situation, in light of the foregoing, the court will deny defendant's motion.

Accordingly,

IT IS HEREBY ORDERED that defendant's emergency motion to consider release in order to attend funeral services (ECF No. 57) be, and the same hereby is, DENIED.

DATED February 10, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**