RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for MARLON DAYJOUN WILLIAMS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARLON DAYJOUN WILLIAMS,<br><br>　　　　　Defendant. | Case No. 2:14-CR-190-JCM-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy Assistant Federal Public Defender, counsel for Marlon Dayjoun Williams that the Revocation Hearing currently scheduled on Thursday, March 9, 2017 at 10:30 be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　The defendant has been indicted on new criminal charges in case 2:16-cr-364-JCM-NJK, which form the basis for the allegations in the petition, and is currently set for trial May 22, 2017.

2. The parties agreeing that the two cases are inextricably linked, have continued diligently in negotiating a global resolution of both cases to present to the defendant.

3. Defendant is incarcerated but does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 8th day of March, 2017.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Phillip N. Smith, Jr.*<br>By_____<br>PHILLIP N. SMITH, JR.<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARLON DAYJOUN WILLIAMS, <br> Defendant. | CASE NO. 2:14-CR-190-JCM-CWH <br><br> **ORDER** |

Based on the Stipulation of counsel, good cause appearing, and the best interests of justice being served by the granting of the requested continuance:

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on Thursday, March 9, 2017 at 10:30 at 10:00 a.m.., be vacated and continued to **Monday, April, 10, 2017 at 10:30 a.m.**

DATED March 9, 2017.

_____
UNITED STATES DISTRICT JUDGE